# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOHNNIE KEITH GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| -v- | ) Case No. 18-cv-00107-GKF-FHM ) |
| (2) COUNSELING AND RECOVERY SERVICES OF OKLAHOMA, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Johnnie Keith Griffin, pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(ii), hereby dismisses his claim(s) against Defendant Counseling and Recovery Services of Oklahoma, Inc.

**IT IS STIPULATED AND AGREED** by and among all parties who have appeared that the above-captioned cause of Plaintiff against Defendant is hereby dismissed with prejudice against filing of a future action thereon.

Submitted this 3rd day of December, 2018.

                                                  Respectfully submitted,

                                                  s/ Daniel E. Smolen
                                                  Daniel E. Smolen, OBA #19943
                                                  Lauren G. Lambright, OBA #22300
                                                  SMOLEN, SMOLEN & ROYTMAN, PLLC
                                                  701 South Cincinnati Avenue
                                                  Tulsa, OK 74119
                                                  Telephone: (918) 585-2667
                                                  Facsimile: (918) 585-2669
                                                  danielsmolen@ssrok.com
                                                  laurenlambright@ssork.com
                                                  *Attorneys for Plaintiff*

        s/ Elizabeth R. Sharrock
Elizabeth R. Sharrock, OBA #16,934
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 North Francis
Oklahoma City, OK 73016
Telephone: (405) 235-1611
Facsimile: (405)235-2904
esharrock@piercecouch.com

        AND

Jake G. Pipinich, OBA # 22687
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
P. O. Box 239
Tulsa, OK 74101
Telephone: (918) 583-8100
Facsimile: (918) 583-8107
jpipinich@piercecouch.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Elizabeth R. Sharrock**
**esharrock@piercecouch.com**

                                                  s/ Daniel E. Smolen